1

2

3

4

5

6                     UNITED STATES DISTRICT COURT

7                          DISTRICT OF NEVADA

8                                        * * *

9    KING TACO RESTAURANT, INC.,          )
                                          )
10                 Plaintiff,             )          2:08-CV-00281-LRH-PAL
                                          )
11   v.                                   )
                                          )          ORDER
12   KING TACO EXPRESS, INC., a Nevada    )
     corporation; EMMANUEL LUNA, an       )
13   individual; SOL CELENE ROJAS, an     )
     individual,                          )
14                                        )
                   Defendants.            )
15   _____)

16          Presently before the court is Plaintiff King Taco Restaurant's Motion for Sanctions (#23[1]).

17   Defendants King Taco Express, Emmanuel Luna, and Sol Celene Rojas (collectively,

18   "Defendants") have not responded.

19          Pursuant to Federal Rule of Civil Procedure 37(b), Plaintiff asks the court to strike

20   Defendants' Answers and enter a default judgment in Plaintiff's favor because Defendants have

21   failed to follow the court's June, 5, 2008, discovery scheduling order.  On October 27, 2008, the

22   court denied Plaintiff's Motion to Strike King Taco Express's Answer and granted Defendants

23   leave to amend the answer (#34).  In the order, the court recognized that Defendants had been

24   proceeding pro se and have subsequently obtained counsel.  In light of the court's previous order

25

26

_____

[1] Refers to the court's docket number.

and Defendants' subsequent retention of counsel, the court will deny the motion for sanctions.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Sanctions (#23) is hereby DENIED.

IT IS SO ORDERED.

DATED this 10th day of November, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE